**Dismiss and Opinion Filed September 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00612-CV

## JUAN MATEO HURTADO, Appellant
## V.
## RACHEL MAGEE, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14887**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Evans
Opinion by Justice Myers

The filing fee, docketing statement, and clerk's record in this case are past

due. By postcard dated June 17, 2020, we notified appellant the $205 filing fee was

due. We directed appellant to remit the filing fee within ten days and expressly

cautioned appellant that failure to do so would result in dismissal of the appeal. Also

by postcard dated June 17, 2020, we informed appellant the docketing statement in

this case was due. We cautioned appellant that failure to file the docketing statement

within ten days might result in the dismissal of this appeal without further notice.

By letter dated July 23, 2020, we informed appellant the clerk's record had not been

filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Lana Myers/
LANA MYERS
JUSTICE

200612F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JUAN MATEO HURTADO,
Appellant

No. 05-20-00612-CV          V.

RACHEL MAGEE, Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-14887.
Opinion delivered by Justice Myers.
Justices Nowell and Evans
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee RACHEL MAGEE recover her costs of this appeal from appellant JUAN MATEO HURTADO.

Judgment entered this 3rd day of September, 2020.